880

## Commonwealth v. Chandler, Appellant.

Argued March 27, 1974. *Margaret M. Boyce,* for appellant; *Bonnie Leadbetter,* Assistant District Attorney, with her *David Richman,* Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth v. Cottman, Appellant.

Argued March 20, 1974. *David E. Auerbach,* Assistant Public Defender, for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, with him *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.